RECEIVED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 22 2009

JAMES N. HATTEN, Clerk
By: [signature] Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* MELISSA SIMS POWELL, )<br>ANGELA HITCHENS, JOSEPH P. )<br>PLUMLEY, JR., ED.D. AND )<br>GLENN W. DOBSON )<br> )<br>   Plaintiffs, )<br> )<br>vs. )<br> )<br>AMERICAN INTERCONTINENTAL )<br>UNIVERSITY, INC., CAREER )<br>EDUCATION CORP., AND )<br>JOHN DOE NOS. 1-100 )<br> )<br>   Defendants. | CIVIL ACTION NO.<br><br>1:08-CV-2277-GET<br><br><br><br><br><br><br><br>**FILED UNDER SEAL** |

### ORDER

The United States having declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B),

IT IS HEREBY ORDERED that:

1. The Complaint filed by relators be unsealed in order that it may be served upon the defendants by the relators;

2. All other contents of the Court's file in this action remain under seal and not be made public or served upon the defendants, with the exceptions of this Order and The Government's Notice of Election to Decline Intervention that has

been filed in this action by the United States of America;

3. Relators shall serve this Order and The Government's Notice of Election to Decline Intervention that has been filed by the United States of America upon defendants, only after service of the relators' Complaint upon defendants;

4. The seal shall be lifted as to all other matters occurring in this action after the date of this Order;

5. Henceforth, relators and defendants shall serve all pleadings, motions or other documents filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3), by mailing true copies thereof, by first class mail, to:

Sally Molloy
Assistant United States Attorney
Northern District of Georgia
600 Richard B. Russell Federal Building
75 Spring St., S.W.
Suite 600
Atlanta, GA 30303; and

Jay Majors
Trial Attorney
United States Department of Justice
Civil Division - Commercial Litigation Branch - Civil Frauds
Patrick Henry Building
601 D Street, N.W. - Room 9022
Washington, D.C. 20004;

6. The United States may order any deposition transcripts;

7. The United States is entitled to intervene in this action, for good cause, at any time;

8. The parties shall serve all notices of appeal upon the United States;

9. All orders of this Court shall be sent to the United States; and

10. Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before ruling or granting its approval regarding any such proposal.

SO ORDERED, this 27 day of July, 2009.

for  _____
     Orinda D. Evans
     G. Ernest Tidwell
     United States District Judge

Presented by:

_____
SALLY B. MOLLOY
Assistant U.S. Attorney
Georgia Bar No. 140816

-8-