IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, *ex rel.* )<br>MELISSA SIMMS POWELL, ANGELA )<br>HITCHENS, JOSEPH P. PLUMLEY,     )<br>JR., ED.D., and GLENN W. DOBSON   )<br>                                                                  )<br>**Plaintiffs,**                                           )<br>                                                                  )<br>vs.                                                               )<br>                                                                  )<br>AMERICAN INTERCONTINENTAL   )<br>UNIVERSITY, INC., a Georgia                )<br>Corporation, CAREER EDUCATION, )<br>CORP., a Delaware Corporation and  )<br>JOHN DOE NOS. 1-100,                          )<br>                                                                  )<br>**Defendants.**                                      )<br>_____)  | CIVIL ACTION NO.<br>1:08-CV-2277 - RWS |

**CONSENT MOTION FOR EXTENSION OF TIME
FOR PLAINTIFFS TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiffs, with the consent of Defendants American InterContinental University, Inc. and Career Education Corporation, hereby move the Court pursuant to Fed. R. Civ. P. 6 to extend the time for Plaintiffs to file their response to Defendants' Motion to Dismiss (Dkt. 30) by fifteen (15) calendar days, to and including October 6, 2009. In support of this Consent Motion, Plaintiffs show as follows:

The current time period for Defendants to respond to Defendants' Motion to Dismiss is September 21, 2009. Defendants, through their undersigned counsel of

record, have consented to a fifteen (15) day extension of this deadline to and including October 6, 2009. No prior extension has been requested by, or granted to, Plaintiffs.

WHEREFORE, Plaintiffs respectfully request that the Court grant this Consent Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion to Dismiss to and including October 6, 2009. A proposed Order is attached for the Court's consideration.

Respectfully submitted, this 10th day of September, 2009.

/s/ David M. Pernini
Joseph D. Wargo
Georgia Bar No. 738764
jwargo@wargofrench.com
David M. Pernini
Georgia Bar No. 572399
dpernini@wargofrench.com
Sarah-Nell Walsh
Georgia Bar No. 141240
swalsh@wargofrench.com
WARGO & FRENCH LLP
1170 Peachtree Street, NE
Suite 2020
Atlanta, Georgia  30309

Attorneys for Plaintiffs Melissa Simms Powell, Angela Hitchens, Joseph P. Plumley, Jr., Ed.D, and Glenn Dobson

**Consented to:**

/s/ Eric S. Fisher
Joe D. Whitley
Georgia Bar No. 756150
WhitleyJ@gtlaw.com
Michael Eric Ross
Georgia Bar No. 615190
RossMe@gtlaw.com
Eric S. Fisher
Georgia Bar No. 250428
FisherE@gtlaw.com
[signed by David M. Pernini with express permission]
GREENBERG TRAURIG, LLP
3290 Northside Parkway, Suite 400
Atlanta, Georgia 30327

Michael S. Weisman
Illinois Bar No. IL06257687
michael.weisman@kattenlaw.com
Admitted Pro Hac Vice
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661

Attorneys for Defendants American InterContinental University and Career Education Corporation

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITES STATES OF AMERICA, *ex rel.* )<br>MELISSA SIMMS POWELL, ANGELA )<br>HITCHENS, JOSEPH P. PLUMLEY, )<br>JR., ED.D., and GLENN W. DOBSON )<br>)<br>**Plaintiffs,** )<br>)<br>vs. )<br>)<br>AMERICAN INTERCONTINENTAL )<br>UNIVERSITY, INC., a Georgia )<br>Corporation, CAREER EDUCATION, )<br>CORP., a Delaware Corporation and )<br>JOHN DOE NOS. 1-100, )<br>)<br>**Defendants.** )<br>) | **CIVIL ACTION NO.**<br>**1:08-CV-2277 - RWS** |

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of September, 2009, I electronically filed the foregoing ***Consent Motion for Extension of Time for Plaintiffs to Respond to Defendants' Motion to Dismiss*** with the Court using CM/ECF. I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

>Joe D. Whitley
>Michael Eric Ross
>Eric S. Fisher
>GREENBERG TRAURIG, LLP
>3290 Northside Parkway, Suite 400

Atlanta, Georgia 30327

Michael S. Weisman
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street
Chicago, Illinois 60661

and by regular U.S. mail to:

Sally B. Molloy
U.S. Attorney's Office - ATL
75 Spring Street, S.W.
600 United States Courthouse
Atlanta, Georgia 30303

Jay Majors
Trial Attorney
United States Department of Justice
Civil Division - Commercial Litigation Branch - Civil Frauds
Patrick Henry Building
601 D Street, N.W. - Room 9022
Washington, D.C. 20004


Attorney for United States of America

/s/ David M. Pernini

622461_1