UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MELISSA SIMMS POWELL, ANGELA HITCHENS, JOSEPH P. PLUMLEY, JR., ED.D., and GLENN W. DOBSON,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN INTERCONTINENTAL UNIVERSITY, INC., a Georgia Corporation, CAREER EDUCATION, CORP., a Delaware Corporation and JOHN DOE NOS. 1-100,<br><br>Defendants. | Civil Case No:<br>1:08-cv-02277-RWS |

## STIPULATION AND CONSENT ORDER EXTENDING DEADLINE FOR RELATORS TO RESPOND TO:

**(1) DEFENDANTS' MOTION FOR PROTECTIVE ORDER TO DEFINE THE SCOPE OF DISCOVERY; AND**

**(2) DEFENDANTS' MOTION TO QUASH SUBPOENA DUCES TECUM ISSUED TO THE HIGHER LEARNING COMMISSION AND/OR FOR A PROTECTIVE ORDER**

IT IS HEREBY STIPULATED AND AGREED between the Relators Melissa Simms Powell, Angela Hitchens, Joseph P. Plumley, Jr., Ed.D, and Glenn W. Dobson, ("Relators") and Defendants American InterContinental University, Inc. and Career Education Corporation ("Defendants") (collectively, the "Parties"),

by their respective counsel, that Relators shall have an additional seven days to serve and file their Response to:

(1) Defendants' Motion for Protective Order to Define the Scope of Discovery (DE 86); and

(2) Defendants' Motion to Quash Subpoena Duces Tecum Issued to the Higher Learning Commission and/or For a Protective Order (DE 87) (collectively "Defendants' Motions").

Accordingly, Relators' deadline to serve and file their Responses to Defendants' Motions (DEs 86 and 87) is extended to and including March 21, 2011.

SO ORDERED this 3rd day of March, 2011.

_____
Hon. Richard W. Story
United States District Court Judge

Consented to by:

| WARGO & FRENCH LLP | ALSTON & BIRD LLP |
|---|---|
| /s David M. Pernini | /s Brandon R. Williams |
| Joseph D. Wargo<br>Georgia Bar No. 738764<br>jwargo@wargofrench.com<br>David M. Pernini<br>Georgia Bar No. 572399<br>dpernini@wargofrench.com<br>WARGO & FRENCH LLP<br>1170 Peachtree Street, NE<br>Suite 2020<br>Atlanta, Georgia 30309<br>(404) 853-1500 (telephone)<br>(404) 853-1501 (facsimile)<br><br>*Counsel for Relators* | Judson Graves<br>Georgia Bar No. 305700<br>John L. Latham<br>Georgia Bar No. 438675<br>Brandon R. Williams<br>Georgia Bar No. 760888<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>(404) 881-7000 (telephone)<br>(404) 881-7777 (facsimile<br><br>Michael Eric Ross<br>Georgia Bar No. 615190<br>Eric S. Fisher<br>Georgia Bar No. 250428<br>TAYLOR ENGLISH DUMA LLP<br>1600 Parkwood Circle, Suite 400<br>Atlanta, Georgia 30339<br>(678) 434-6868 (telephone)<br>(770) 434-7376 (facsimile<br><br>*Counsel for Defendants* |