# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MELISSA SIMMS POWELL, ANGELA HITCHENS, JOSEPH P. PLUMLEY, JR., ED.D., and GLENN W. DOBSON,<br><br>    Plaintiffs,<br>v.<br><br>AMERICAN INTERCONTINENTAL UNIVERSITY, INC., a Georgia Corporation, CAREER EDUCATION CORP., a Delaware Corporation, and JOHN DOE NOS. 1-100,<br><br>    Defendants. | Case No. 1:08-cv-02277-RWS |

## NOTICE OF FILING CERTIFICATE OF SERVICE

Defendants, pursuant to Local Rule 5.4(a), hereby notify all counsel and this Court that Defendants have served the following:

(1) Defendants American InterContinental University, Inc. and Career Education Corp.'s Responses and Objections to Relators' Second Interrogatories.

via regular United States mail to the following:

| | |
|---|---|
| David M. Pernini<br>Joseph Duane Wargo<br>WARGO & FRENCH LLP<br>1170 Peachtree Street, NE, Suite 2020<br>Atlanta, GA 30309 | Sally B. Molloy<br>Assistant United States Attorney<br>U.S. ATTORNEY'S OFFICE - ATL<br>75 Spring Street, SW, Suite 600<br>Atlanta, GA 30303 |

Jay Majors
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division – Commercial Litigation
Branch – Civil Frauds
Patrick Henry Building
601 D Street, NW, Room 9022
Washington, D.C. 20004

/s/   Brandon R. Williams
Judson Graves
Georgia Bar No. 305700
John L. Latham
Georgia Bar No. 438675
Brandon R. Williams
Georgia Bar No. 760888
ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, Georgia  30309-3424
Tel:  (404) 881-7000
Fax: (404) 881-7777

Michael Eric Ross
Georgia Bar No. 615190
Eric S. Fisher
Georgia Bar No. 250428
TAYLOR ENGLISH DUMA LLP
1600 Parkwood Circle, Suite 400


          Atlanta, GA 30339
          Tel:  (678) 434-6868
          Fax:  (770) 434-7376

*Counsel for American InterContinental, University, Inc. and Career Education Corp.*

# CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2011, I electronically filed the foregoing Notice of Filing Certificate of Service with the Clerk of Court using the CM/ECF system. I also certify that the foregoing document is being served on all counsel of record identified below via transmission of Notices of Electronic Filing generated by CM/ECF:

David M. Pernini
Joseph Duane Wargo
WARGO & FRENCH LLP
1170 Peachtree Street, NE, Suite 2020
Atlanta, GA 30309

Sally B. Molloy
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE - ATL
75 Spring Street, SW, Suite 600
Atlanta, GA 30303

and by regular U.S. mail to:

Sally B. Molloy
Assistant United States Attorney
U.S. ATTORNEY'S OFFICE - ATL
75 Spring Street, SW, Suite 600
Atlanta, GA 30303

Jay Majors
Trial Attorney
U.S. DEPARTMENT OF JUSTICE
Civil Division – Commercial Litigation
Branch – Civil Frauds
Patrick Henry Building
601 D Street, NW, Room 9022
Washington, D.C. 20004

This 20th day of May, 2011.

/s/  Brandon R. Williams
Brandon R. Williams
Georgia Bar No. 760888