# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MELISSA SIMMS POWELL, *et al.*, | : : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO. 1:08-CV-2277-RWS |
| v. | : : | |
| AMERICAN INTERCONTINENTAL UNIVERSITY, INC., *et al.*, | : : | |
| Defendants. | : | |

## **ORDER**

This case comes before the Court on Defendants' Motion for Assignment of Case to Magistrate Judge for Supervision of Discovery, Status Conference, and Entry of a Protective Order [80].  After a review of the record, the Court enters the following order.

Defendants have moved this Court to refer all discovery matters to a Magistrate Judge as the parties are involved in complex litigation and cannot agree on many key discovery issues, including a protective order and the scope of e-discovery. See 28 U.S.C. § 636(b)(1); LR 72.1(D) NDGa. As well, the Defendants note that due to the frequency of the parties' disputes, efficiency

AO 72A
(Rev.8/82)

would be better served by referring the matter.  Plaintiffs are concerned that due

to the Defendant's prior lead counsel's litigious history, referring the matter to a

Magistrate Judge would only increase delay as any Magistrate Judge decision is

appealable as a matter of right. See FED. R. CIV. P. 72(a).  However, even if

discovery is referred, this Court has the authority to withdraw the referral if a

party abuses the process.

It is hereby **ORDERED** that the Clerk of Court assign this case to a

Magistrate Judge of this Court for the management of discovery.  All pending

motions and any further discovery-related disputes are hereby **REFERRED** to

the Magistrate Judge assigned to the case.

**SO ORDERED** this  9th  day of June, 2011.


RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

2